

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00268-CV

GABRIEL GALINDO AND PATIOS BY DESIGN, LLC, Appellants

V.

JEFF PETERSON AND MICHELLE PETERSON, Appellees

§ On Appeal from the 481st District Court

§ of Denton County (23-1137-481)

§ April 25, 2024

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Gabriel Galindo and Patios by Design, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell